MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Feb 20, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS AKASH@ALBOT.IO THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION USA | CASE NO: 2:25-SW-00136-JDP<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED FILINGS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

Dated: February 20, 2025

_____
THE HONORABLE JEREMY D. PETERSON
United States Magistrate Judge